No. 73–88. UNITED STATES *v.* EDWARDS ET AL. C. A. 6th Cir. [Certiorari granted, *ante,* p. 818.] Motion of

respondents for appointment of counsel granted. It is ordered that Thomas R. Smith, Esquire, of Cincinnati, Ohio, be, and he is hereby, appointed to serve as counsel for respondents in this case.